

**Appleton Campus**

1825 N. Bluemound Drive, P.O. Box 2277
Appleton, WI 54912-2277 • www.fvtc.edu

October 30, 2022

To the Honorable Judge James L. Graham —

Please accept this letter as a document of support for Jackson Sawall (DOB: 12/14/99). I have worked with Jackson in a clinical capacity since 02/02/22. We have spent approximately 13 hours working on issues related to his mental health, and the life he has built for himself.

Jackson's upbringing was filled with trauma. His father was not apart of his childhood, and his mother passed away from breast cancer when he was still a teenager. His step-father was imprisoned when it was discovered he was sexually abusing Jackson's sister for many years. Aside from isolated and brief periods, Jackson was not enrolled in school.

Despite his struggles, Jackson's mental health is in a reasonably good spot. He does deal with depressive symptoms, but overall is doing substantially better than expected based on his past. Jackson did voluntarily admit himself to a psychiatric hospital, Circles of Care, in July 2019 after admitting to suicidal thoughts. He was provisionally diagnosed with Schizoaffective Disorder, and this was later changed to a diagnosis of Schizophrenia. These diagnostic labels represent two of the most severe and persistent metal health conditions known, and typically present with symptoms consisting of one or more of the following: delusions, hallucinations, profound cognitive disorganization, and disorganized speech. In addition, both of these conditions must be treated with psychiatric medications. In the nine months I have been working with Jackson, he has displayed none of these symptoms and has been completely unmedicated. Based on working with clients with both Schizoaffective Disorder and Schizophrenia for 12 years of my career, I can say with absolute clinical certainty that Jackson does not have either of these conditions. These are chronic mental health conditions that do not under any known circumstances dissipate from view when left untreated.

Jackson has been thriving for more than one year. He works full-time and attends school at Fox Valley Technical College (FVTC) in Appleton, WI. He is in a committed relationship with a woman he met while in school. In the 2021 fall semester, Jackson earned a GPA of 3.54 and made the Dean's List. The following semester he earned a 4.0 GPA, and currently carries a cumulative GPA of 3.66 while majoring in Horticulture.

Jackson will be the first to admit he has made mistakes. He has said things he regrets. He has said other things that were not true just so he could shock the people that listened. He regrets these things as well. Based on 21 years of experience as a psychotherapist in Wisconsin, I can say with a reasonable degree of clinical certainty, that Jackson poses no danger to society as a free person. He is interested in going to school, working, saving money for the future, and building a life with his significant other. I hope that these factors are considered when handing down his sentence. Placing Jackson in prison not only prevents him from being a productive member of society, but it actually removes him from his role as an already productive member of his school, job, and extended community.

Sincerely,

*Michael Steger, LPC, CSAC, ICS*

Michael Steger, LPC, CSAC, ICS

Licensed Professional Counselor

Clinical Substance Abuse Counselor

Psychology Instructor

Fox Valley Technical College

920.735.2464

steger@fvtc.edu