IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  2:22-cr19 |
| vs. | : | Judge: Graham |
| JACKSON SAWALL, | : | |
| Defendant. | : | |

**SUPPLEMENT TO DEFENDANT SAWALL'S MOTION TO RECONSIDER**

Now comes the Defendant, Jackson Sawall, through counsel, and now supplements his previously filed Motion to Reconsider (Doc.98) with the following:

Defense Supplemental Exhibit A: Letter from Lily Kocha

1

**WHEREFORE,** for the reasons set forth above, Defendant Jackson Sawall requests that this Court reconsider its previous decision and rescind its order revoking his bond..

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER

  /s/ Soumyajit Dutta
Soumyajit Dutta (OH 76762)
Assistant Federal Public Defender
Federal Public Defender's Office
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
(614) 469-2999

Soumyajit_Dutta@fd.org
*Attorney for Defendant*
*Jackson Sawall*

## CERTIFICATE OF SERVICE

I hereby certify that I filed electronically under seal with the Court and that all recipients were properly served.

  /s/ Soumyajit Dutta
Soumyajit Dutta
