Defense Supplemental Exhibit A

Honorable Judge Graham,

My name is Lily Kocha and I am writing to you on behalf of my partner, Jackson Sawall. I am asking that you reconsider the revocation of Jackson's bond.

Despite what old records have stated, Jackson is currently an upstanding citizen of society who works full time, takes care of his partner and is going to school. He has turned his life around and has sought regular therapy that has helped him greatly. He is living a normal life.

Jackson has built himself a bright future from the ground up filled with undeniable potential. An example of this potential would be that his current boss wants him to take over the company he owns when he retires within the next year because Jackson has been working so incredibly hard there.

Jackson has surrounded himself with a genuine, healthy support system that truly cares for him and this current time period is his chance at a successful life and career. Jackson is in a healthy place and mindset.

Thank you for reading my letter and taking the time to reconsider.

*[signature]*