# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JACKSON SAWALL,** <br><br> Defendant. | Case No. 2:22-CR-19-3 <br><br> Judge Graham |

## ORDER

Defendant's emergency motion to reconsider order revoking bond, Doc. 98, is **DENIED**.

    IT IS SO ORDERED.

                                           s/ James L. Graham
                                           JAMES L. GRAHAM
                                           United States District Judge

DATE: December 8, 2022