IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:22-CR-19-3 |
| vs. | : | JUDGE JAMES L. GRAHAM |
| | : | |
| JACKSON SAWALL, | | *Filed Under Seal* |
| Defendant. | : | |

## ORDER

On the 3rd day of March, 2022, Defendant was convicted, upon his plea of guilty, of the offense of Conspiracy to Provide Material Support to Terrorists, in violation of 18 U.S.C. § 2339A(a). He is presently in custody awaiting sentencing.

The Court is of the opinion that there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect for which he is in need of custody for care or treatment in a suitable facility. Accordingly, the Court hereby orders, pursuant to 18 U.S.C. § 4244(a), that a hearing shall be held on the present mental condition of the defendant.

The Court further holds, pursuant to 18 U.S.C. § 4244(b) that a psychological examination of the Defendant shall be conducted by Jolie Brams, Ph.D. and that Dr. Brams shall prepare a psychological report in accordance with 18 U.S.C. § 4247(c) which shall be filed under seal with the Court and copies thereof shall be provided to counsel for the Defendant Sawall and the attorneys for the government. Said report shall include:

1) Defendant's history and present symptoms;

2) A description of the psychiatric, psychological and medical tests that were employed and their results;

3) The examiner's findings;

4) The examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility.

If Dr. Brams should find that the Defendant is not suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment, she shall, pursuant to 18 U.S.C. § 4247(c)(4)(F), include in her report any recommendations she may have as to how the mental condition of the defendant should affect the Court's sentence.

The Court **ORDERS** the Defendant to submit to such an examination.

Furthermore, the Court **ORDERS** that Dr. Brams is allowed professional visitations, as needed, with Defendant. This Order shall apply to any detention facility in which Defendant is confined.

**IT IS SO ORDERED.**


Dated: December 16, 2022

                                                  _s/ James L. Graham_
                                               **JUDGE JAMES L. GRAHAM**
                                               **UNITED STATES DISTRICT COURT**