Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,TRANSFERRED

# United States District Court
## Eastern District of Wisconsin (Green Bay)
## CRIMINAL DOCKET FOR CASE #: 1:22-mj-00745-WCG-1

Case title: USA v. Sawall

Date Filed: 12/02/2022

Other court case number: 22-CR-19-3 SDOH Eastern Division

Date Terminated: 12/05/2022

Assigned to: Judge William C Griesbach

### Defendant (1)

**Jackson Matthew Sawall**  
*TERMINATED: 12/05/2022*

represented by **Thomas E Phillip**  
Federal Defender Services of Wisconsin Inc  
801 E Walnut St - 2nd Fl  
Green Bay, WI 54301  
920-430-9900  
Fax: 920-430-9901  
Email: Tom_Phillip@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Public Defender*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**　　　　　　　　　　　　　　　represented by	**Timothy W Funnell**
　　　　　　　　　　　　　　　　　　　　　　　　DOJ-USAO
　　　　　　　　　　　　　　　　　　　　　　　　Eastern District of Wisconsin
　　　　　　　　　　　　　　　　　　　　　　　　205 Doty St - Ste 301
　　　　　　　　　　　　　　　　　　　　　　　　Green Bay, WI 54301
　　　　　　　　　　　　　　　　　　　　　　　　920-884-2999
　　　　　　　　　　　　　　　　　　　　　　　　Email: tim.funnell@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2022 | 1 | Rule 5 Documents Received as to Jackson Matthew Sawall from the Southern District of Ohio (Eastern Division) in case number 2:22-CR-19-3. (kwf) (Entered: 12/05/2022) |
| 12/02/2022 | 2 | Minute Entry for proceedings held before Judge William C Griesbach: Initial Appearance in Rule 5 Proceedings as to Jackson Matthew Sawall held on 12/2/2022. Defendant orally waives right to an identity hearing. The court orders the defendant committed to the Southern District of Ohio (Eastern Division). SEE Commitment to Another District. (Tape #120222) (kwf) (Entered: 12/05/2022) |
| 12/02/2022 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Jackson Matthew Sawall. Defendant committed to Southern District of Ohio (Eastern Division). (cc: all counsel) (Griesbach, William) (Entered: 12/05/2022) |
| 12/05/2022 | 4 | Notice FROM Eastern District of Wisconsin TO Southern District of Ohio (Eastern Division) of a Rule 5 Initial Appearance as to Jackson Matthew Sawall. Your case number is: 2:22-CR-19-3. Docket sheet and documents attached. If you require a copy of the financial ledger, please email your request to financial@wied.uscourts.gov. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (kwf) |