# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JACKSON MATTHEW SAWALL** | **HEARING MINUTES**<br>**INITIAL APPEARANCE – RULE 5**<br>Case No. 22-MJ 745 |

HONORABLE WILLIAM C. GRIESBACH presiding　　　　　Time Called: 11:06 a.m.
Proceeding Held: 12/2/2022　　　　　　　　　　　　　Time Concluded: 11:12 a.m.
Deputy Clerk: Kyle　　　　　　　　　　　　　　　　　　Tape: 120222

**Appearances:**

UNITED STATES OF AMERICA by:　　　　Timothy W. Funnell

JACKSON MATTHEW SAWALL by:　　　　Thomas E. Phillip

US PROBATION OFFICE by:　　　　　　　Brian Koehler

☒ Defendant appears in person.
☐ Defendant consents to appear and proceed by video conference.

☒ Copy of ☒ warrant ☒ order received by Defendant.

Defendant waives:
☐ Preliminary Hearing
☒ Identity Hearing (orally waived)

☒ Detention hearing held.
☒ Defendant is committed to the Southern District of Ohio (Eastern Division).
　SEE Commitment to Another District.

Mr. Phillip states the defendant received a copy of the warrant and order from the Southern District of Ohio and agrees that Mr. Sawall is the person sought and the person who is pending sentencing.
Mr. Funnell requests that the court order the defendant detained consistent with the order from the Southern District of Ohio.
Mr. Phillip advises the defendant's attorney in the Southern District of Ohio will be filing an emergency motion to reconsider the detention order.
The court orders the defendant remanded to the custody of the US Marshal for transportation to the Southern District of Ohio.