IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

         v.

Jackson Matthew Sawall

Case No: 2:22-cr-19-3
Judge Graham

## Provisional Sentence

Pursuant to the Order of Commitment (Doc. 132), the Court has found that Defendant Jackson Matthew Sawall is presently suffering from a mental disease or defect. 18 U.S.C. § 4244(d). In lieu of being sentenced to imprisonment, he has been committed to the custody of the Attorney General, who shall hospitalize the defendant for care or treatment in a suitable facility. *Id.* Such a commitment constitutes a provisional sentence of imprisonment to the maximum term authorized by law for the offense for which the defendant was found guilty. *Id.* Here, the maximum term authorized by law is 15 years. *See* 18 U.S.C. § 2339A(a).

    IT IS SO ORDERED.

                                                      s/ James L. Graham
                                                      JAMES L. GRAHAM
                                                      United States District Judge

DATE: April 24, 2023