Doc. 149

A.  6 & 7

| 6. Various writings on memo pads found in Sawall's residence | A6. Sawall - Memo pads | 000514 - 000521 | |
|---|---|---|---|
| A6, 514. Sawall - review of Sawall memo pads - photo 1 | A6. Sawall - Memo pads | 514 | 6A.1 |
| A6, 515. Sawall - review of Sawall memo pads - photo 2 | A6. Sawall - Memo pads | 515 | 6A.2 |
| A6, 516. Sawall - review of Sawall memo pads - photo 3 | A6. Sawall - Memo pads | 516 | 6A.3 |
| A6, 517. Sawall - review of Sawall memo pads - photo 4 | A6. Sawall - Memo pads | 517 | 6A.4 |
| A6, 518. Sawall - review of Sawall memo pads - photo 5 | A6. Sawall - Memo pads | 518 | 6A.5 |
| A6, 519. Sawall - review of Sawall memo pads - photo 6 | A6. Sawall - Memo pads | 519 | 6A.6 |
| A6, 520-521. Sawall - review of Sawalll memo pads - 302 | A6. Sawall - Memo pads | 520-521 | 6A.7 |

| 7. RMVE documents re: the Front, its recruitment process, and oath of allegiance | A7. RMVE documents | 000522 - 001131 | |
|---|---|---|---|
| A7, 522-529. Lights On 01.27.20 | A7. RMVE documents | 522-529 | 7A.1 |
| A7, 530-542. Front Recruitment chats | A7. RMVE documents | 530-542 | 7A.2 |
| A7, 543. Sawall - review of Sawall laptop - 302 | A7. RMVE documents | 543 | 7A.3 |
| A7, 544. Sawall - review of Sawall laptop - Oath | A7. RMVE documents | 544 | 7A.4 |
| A7, 545-568. Sawall - review of Sawall laptop - WordDocument | A7. RMVE documents | 545-568 | 7A.5 |

C. 2-4

| C2, 2408-2416. Giovanozzi Reference Discord Chat Frost and Cook | C2. Frost - Discord | 2408-2416 | 2C.4 |
|---|---|---|---|
| C2, 2417-2426. Nazi Ideology-Aryan Jihad (example) Discord chat Frost and Cook | C2. Frost - Discord | 2417-2426 | 2C.5 |
| C2, 2427-2431. Recruiting-Siege Reference Discord Chat Frost | C2. Frost - Discord | 2427-2431 | 2C.6 |
| C2, 2432-2434. Recruiting-Siege Reference Discord Chat Frost | C2. Frost - Discord | 2432-2434 | 2C.7 |
| C2, 2435. Siege Reference Discord Chat Frost | C2. Frost - Discord | 2435 | 2C.8 |
| C2, 2436-2437. Traffic Stop Reference Discord Chat Frost | C2. Frost - Discord | 2436-2437 | 2C.9 |
| C2. 2438. Uniform (Flecktarn) Reference Discord Chat Frost and Cook | C2. Frost - Discord | 2438 | 2C.10 |

| ost Purchase records | C3. Frost - Purchases | 002439 - 002450 | |
|---|---|---|---|
| C3, 2439-2441. Amazon Items of Concern Email from SABT | C3. Frost - Purchases | 2439-2441 | 3C.1 |
| C3, 2442-2450. Frost 1B28 Samsung phone emails re purchases | C3. Frost - Purchases | 2442-2450 | 3C.2 |

| ost Residential SW | C4. Frost - SW | 002451 - 002494 | |
|---|---|---|---|
| C4, 2451-2463. Frost_Serial-161_1A51-1_Residential SW Photo Log | C4. Frost - SW | 2451-2463 | 4C.1 |
| C4, 2464-2488. Photographs re Explosives | C4. Frost - SW | 2464-2488 | 4C.2 |
| C4, 2489-2494. Photographs re Weapons | C4. Frost - SW | 2489-2494 | 4C.3 |

D. 1&2

| ). Sawall Exhibits | | | |
|---|---|---|---|
| 1. Material from Sawall device reviews | D1. Sawall - Devices | 002495 - 002584 | |
| D1, 2495-2507. Relevant Items from Review of 2 Sawall HP laptops | D1. Sawall - Devices | 2495-2507 | 1D.1 |
| D1, 2508-2521. Relevant Items from Review of Sawall iPhone | D1. Sawall - Devices | 2508-2521 | 1D.2 |
| D1, 2522-2524. Review of Sawall HP laptop 302_1 | D1. Sawall - Devices | 2522-2524 | 1D.3 |
| D1, 2525-2529. Review of Sawall iPhone 302_1 | D1. Sawall - Devices | 2525-2529 | 1D.4 |
| D1, 2530-2541. Sawall - additional review of 2 Sawall HP laptops - CART Report | D1. Sawall - Devices | 2530-2541 | 1D.5 |
| D1, 2542-2584. Sawall and WR chats and 302 | D1. Sawall - Devices | 2542-2584 | 1D.6 |

| 2. Sawall photos | D2. Sawall - Photos | 002585 - 002597 | |
|---|---|---|---|
| D2, 2585-2593. Sawall Residential SW Photos | D2. Sawall - Photos | 2585-2593 | 2D.1 |
| D2, 2594-2597. Sawall Trash Cover photos | D2. Sawall - Photos | 2594-2597 | 2D.2 |

E. 1-4 & F

| E. Cook Exhibits | | | |
|---|---|---|---|
| 1. Chat logs | E1. Chat logs | 002598 - 002820 | |
| E1, 2598. Book list 11.19.19 | E1. Chat logs | 2598 | 1E.1 |
| E1, 2599-2607. Cook and Canada text messages | E1. Chat logs | 2599 - 2607 | 1E.2 |
| E1, 2608-2610. Cook chat 01.24.20 | E1. Chat logs | 2608 - 2610 | 1E.3 |
| E1, 2611-2622. Cook chats 12.10.19 | E1. Chat logs | 2611 - 2622 | 1E.4 |
| E1, 2623-2626. Cook chats on Riot 12.10.19 | E1. Chat logs | 2623 - 2626 | 1E.5 |
| E1, 2627-2646. Cook early chats Nov 2019 | E1. Chat logs | 2627 - 2646 | 1E.6 |
| E1, 2647-2666. Cook group chat re talks to FBI 11.07.19 | E1. Chat logs | 2647 - 2666 | 1E.7 |
| E1, 2667-2676. Feb 2020 Lights On chat group | E1. Chat logs | 2667 - 2676 | 1E.8 |
| E1, 2677-2679. Frost and Cook chat March 2020 | E1. Chat logs | 2677 - 2679 | 1E.9 |
| E1, 2680-2686. Frost chats Feb 2020 | E1. Chat logs | 2680 - 2686 | 1E.1 |
| E1, 2687-2690. Frost chats late Feb early March | E1. Chat logs | 2687 - 2690 | 1E.1 |
| E1, 2691-2695. Frost protonmail | E1. Chat logs | 2691 - 2694 | 1E.1 |
| E1, 2695-2730. Frost, Cook and others chat group | E1. Chat logs | 2695 - 2730 | 1E.1 |
| E1, 2731. Frost_kaxul chat 01.13.20 | E1. Chat logs | 2731 | 1E.1 |
| E1, 2732-2755. Frost_kaxul chats 01.24.20 | E1. Chat logs | 2732 - 2755 | 1E.1 |
| E1, 2756-2762. Lights On chats | E1. Chat logs | 2756 - 2762 | 1E.1 |
| E1, 2763-2764. Lights On March 2020 | E1. Chat logs | 2763 - 2764 | 1E.1 |
| E1, 2765-2772. LightsOn chat re suicide necklaces 01.19.20 | E1. Chat logs | 2765 - 2772 | 1E.1 |
| E1, 2773-2779. Sawall chats Feb. 2020 | E1. Chat logs | 2773 - 2779 | 1E.1 |
| E1, 2780-2819. Sawall chats | E1. Chat logs | 2780 - 2819 | 1E.2 |
| E1, 2820. Shared by Cook | E1. Chat logs | 2820 | 1E.2 |
| 2. Cook media review - text files | E2. Cook media - text files | 002821 - 002837 | |
| E2, 2821-2822. black__sub_human | E2. Cook media - text files | 2821 - 2822 | 2E |
| E2, 2823-2824. FirstSeven | E2. Cook media - text files | 2823 - 2824 | 2E |
| E2, 2825-2834. FM_14.88_v2 | E2. Cook media - text files | 2825 - 2834 | 2E |
| E2, 2835. text | E2. Cook media - text files | 2835 | 2E |
| E2, 2836-2837. text2 | E2. Cook media - text files | 2836 - 2837 | 2E |
| 3. Law enforcement reports | E3. Law enforcement reports | 002838 - 002882 | |
| E3, 2838-2862. Frost and Cook Traffic Stop in Texas | E3. Law enforcement reports | 2838 - 2862 | 3E |
| E3, 2863-2865. Fulshear PD Case #2002047 Cook | E3. Law enforcement reports | 2863 - 2865 | 3E |
| E3, 2866-2874. Local_Port_of_Entry_Report_-_G | E3. Law enforcement reports | 2866 - 2874 | 3E |
| E3, 2875-2876. Oshkosh_PD_report_05.26.20 | E3. Law enforcement reports | 2875 - 2876 | 3E |
| E3, 2877-2882. TN Police Report and Photos | E3. Law enforcement reports | 2877 - 2882 | 3E |
| 4. Cook residence SW | E4. Cook residence SW | 002883 - 002893 | |
| E4. 2883-2885. Cook Residence SW photos | E4. Cook residence SW | 2883 - 2885 | 4E.1 |
| E4. 2886-2893. SW - gun photos | E4. Cook residence SW | 2886 - 2893 | 4E.2 |
| . Columbus, February 2020 | | | |
| | F. Columbus Feb 2020 | 002894 - 002952 | |
| F, 2894-2897. HoldHarmlessAgreements_Cook_Frost | F. Columbus Feb 2020 | 2894 - 2897 | 1F |
| F, 2898-2910. Holiday Inn | F. Columbus Feb 2020 | 2898 - 2910 | 2F |
| F, 2911-2934. OSP T Stop | F. Columbus Feb 2020 | 2911 - 2934 | 3F |
| F, 2935-2952. Sawall Police Reports, Ticket and Photos Feb 23, 2020 | F. Columbus Feb 2020 | 2935 -2952 | 4F |