# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:22-cr-19-3 |
| Plaintiff, | : | JUDGE GRAHAM |
| v. | : | |
| JACKSON MATTHEW SAWALL, | : | **GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM** |
| Defendant. | : | |

The United States of America, by and through its undersigned counsel, respectfully submits this supplemental memorandum for the sentencing of Jackson Matthew Sawall ("Defendant" or "Sawall"). For the reasons set forth herein, the United States recommends the Court impose a significant sentence of imprisonment, followed by thirty years of supervised release, to include the conditions agreed upon by the parties in the Plea Agreement (Doc. #6), and order the forfeiture of the agreed upon property in this case.

### I. Background

On February 7, 2022, the U.S. Attorney for the Southern District of Ohio filed a one-count Information charging Sawall, Christopher Brenner Cook ("Cook"), and Jonathan Allen Frost ("Frost") with Conspiracy to Provide Material Support to Terrorists, in violation of 18 U.S.C. § 2339A(a). On February 23, 2022, Sawall pleaded guilty to Count 1 of the Information pursuant to a Rule 11(c)(1)(B) Plea Agreement. The underlying facts of the conspiracy are more fully set forth in the Statement of Facts attached to the Plea Agreement, the Presentence Investigative Report (PSR), and the Government's Sentencing Memorandum (Doc. #81).

On April 19, 2023, this Court sentenced Cook to 92-months of imprisonment and Frost to 60-months of imprisonment. *See* Docs. #144, 146. Both defendants also were sentenced to 30-year

terms of supervised release. *Id*. On April 24, 2023, this Court postponed Sawall's sentencing and ordered that Sawall be committed to the custody of the Attorney General for care or treatment in a suitable facility. (Doc. #148.) In February 2024, this Court received a recommendation that Sawall be discharged from his commitment status. (Doc. #154-1.) As noted in the Supplemental PSR, Sawall engaged in both individual and group treatment, maintained employment in food services, and attended education classes when available. (Doc. #157.) Prior mental health concerns appear to have been limited to a specific episode and no longer impairing Sawall's functioning. *Id*. A sentencing hearing is scheduled for April 12, 2024.

## II. The Proper Sentence

For the reasons set forth in its original memorandum, the United States recommended that Sawall be sentenced to a term of 92 months of imprisonment. *See* Doc. #81. This recommendation was lower than the Government's suggested sentences of 108 and 100 months of imprisonment for Cook and Frost, respectively. *See* Docs. #83 and 82. Since filing the Government's original memorandum, the Court sentenced Sawall's coconspirators to terms of imprisonment. Specifically, the Court sentenced Cook to 92-months and Frost to 60-months of imprisonment, each sentence followed by a 30-year term of supervised release. *See* Docs. #144, 146. Considering the sentences imposed by the Court for Cook and Frost, the Government submits that a sentence of 92-months for Sawall may not be appropriate but maintains that a significant sentence of imprisonment is still warranted given the offense conduct and need to deter others.

Likewise, Sawall's improved mental health does not detract from the need to impose a lengthy sentence of imprisonment when considering the totality of the Section 3553(a) factors. The Government took Sawall's mental health history into account in making its initial recommendation, to include the difficulties he suffered in 2019 leading up to his joining and

participating in a conspiracy to shoot up power grids in the name of white supremacy. His present status is evidence that progress is possible, but also that it takes time. Continued treatment while serving a sentence of imprisonment that reflects the seriousness of his crime remains appropriate.

### III. Conclusion

Sawall conspired to commit a serious terrorism offense, and anything less than a correspondingly serious term of imprisonment would undermine the goals of sentencing set forth in 18 U.S.C. § 3553(a). Thus, the United States recommends the Court impose a significant sentence of imprisonment, followed by thirty years of supervised release, to include the conditions agreed upon by the parties in the Plea Agreement (Doc. #6), and order the forfeiture of the agreed upon property in this case.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/Jessica W. Knight*
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
JUSTIN SHER (DC974235)
Trial Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 469-5715
Email: Jessica.knight@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Government's Supplemental Sentencing Memorandum* was electronically served via the Court's CM/ECF system this 8th day of April, 2024 upon Counsel for Jackson Matthew Sawall.

*s/Jessica W. Knight*
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney