United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-

**Jackson Matthew Sawall**  Case No. 2:22-cr-019-3

## COURTROOM MINUTES
### Sentencing Hearing

| U.S. District Judge James L. Graham | | Date: April 12, 2024 @ 9:35 a.m. – 12:16 p.m. | |
|---|---|---|---|
| **Deputy Clerk** | Denise Shane | **Counsel for Govt:** | Jessica Knight |
| **Court Reporter** | Lahana DuFour | **Counsel for Deft(s):** | **Soumyajit Dutta** |
| **Interpreter** | | **Pretrial/Probation:** | Emily J Mueller |
| **Log In** | n/a | **Log Out** | n/a |

Time served.   12 months HC
30 years supervised release
$100 special assessment
*Forfeiture

See Judgment for special conditions