IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

v.

Jackson Matthew Sawall

Case No: 2:22-cr-19-3
Judge Graham

<u>Order</u>

The Court hereby authorizes defendant's supervising probation officer to release to defendant's counselor, Dr. Juncal Fernandez-Garayzabal, the original presentence investigation report and all supplemental addendums (doc. 69, 77, 88, 107, 157).

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: March 17, 2025